**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-01395-PAB-CYC

TIMOTHY J. CHRISTENSEN,

Plaintiff,

v.

THE BOARD OF TRUSTEES OF METROPOLITAN STATE UNIVERSITY OF DENVER, *ET AL.*,

Defendant.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

---

Defendants, through undersigned counsel, hereby move for an extension of time to respond to the complaint. Specifically, Defendants request the Court to set Defendants' deadline to respond to the complaint as 30 days after the Court issues its ruling on Plaintiff's *Motion for Leave to File Third Amended and Supplemental Complaint* [ECF 28] ("Motion to Amend"). In support of this request, Defendants state as follows:

1. **Certificate of Conferral under D.C.COLO.LCivR 7.1(a)**: Undersigned counsel conferred with Plaintiff by email regarding the relief sought in this motion. Plaintiff does **<u>not</u>** oppose.
2. On July 30, 2026, the United States Marshals Service effected service of process of Plaintiff's *Second Amended Complaint for Declaratory Judgment and Permanent Injunctive Relief* [ECF 16] on Defendants. By Rule, Defendants have 21 days, or until

August 20, 2026, to respond to Plaintiff's Second Amended Complaint. *See* F.R.C.P. 12(a)(1)(A)(i).

3. On July 9, 2026, Plaintiff filed his Motion to Amend. *See* ECF 28; *see also* ECF 28-1, 28-2, and 28-3. Defendants take **no position** on Plaintiff's Motion to Amend.
4. Good cause exists for the extension. In the interest of judicial economy for the Court and all parties, Defendants desire to respond to a single, operative complaint, rather than responding to the Second Amended Complaint, only to subsequently respond to the Third Amended Complaint if the Court grants Plaintiff's Motion to Amend.
5. Thus, Defendants request the Court to set Defendants' deadline to respond to the complaint as 30 days after the Court issues its ruling on Plaintiff's Motion to Amend.
6. No prior extensions of Defendants' deadline to respond to the complaint have been sought or granted.
7. This extension will not result in prejudice to any party nor undue delay.
8. Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel certifies this motion will be served contemporaneously on their clients.
9. Pursuant to D.C.COLO.MJ V.7, this motion is being filed more than three (3) business days before the operative deadline.

WHEREFORE, Defendants request the Court set Defendants' deadline to respond to the complaint as 30 days after the Court issues its ruling on Plaintiff's Motion to Amend [ECF 28].

DATED the 7th day of August 2026.

PHILIP J. WEISER
Attorney General

*/s/R. Warren Beck*
WARREN BECK
ANGELA R. ZIPPIN
Assistant Attorneys General
Colorado Department of Law
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 6th Floor
Denver, CO 80203
(720) 508-6395; -6143
angela.zippin@coag.gov
warren.beck@coag.gov

**Counsel of Record for Defendants*