**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-01395-PAB-CYC

TIMOTHY J. CHRISTENSEN,
Plaintiff,

v.

THE BOARD OF TRUSTEES OF METROPOLITAN
STATE UNIVERSITY OF DENVER, et al.,
Defendants.

---

## NOTICE OF NON-OPPOSITION

---

Plaintiff Timothy J. Christensen, pro se, respectfully notifies the Court that he does not oppose Defendants' Unopposed Motion for Extension of Time to File Answer or Otherwise Respond [ECF 40].

Respectfully submitted this 7th day of August, 2026.

s/Timothy J. Christensen

Timothy J. Christensen
Plaintiff, pro se
10987 East Crestline Circle
Englewood, Colorado 80111
Telephone: (983) 214-9249
Email: tjhvacrllc@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of August, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I will serve a copy on counsel for Defendants upon the filing of Defendants' motion.

s/Timothy J. Christensen

______________________________

Timothy J. Christensen